# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: James T. West                             CHAPTER 13
          Marcelle E. West

                                         BKY. NO. 18-20356 CMB

                  Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Park Place Securities, Inc., Asset-Backed Pass-Through Certificated, Series 2004-WWF1 U. S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        Attorney I.D. No. 42524
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        jwarmbrodt@kmllawgroup.com