**Form RSC Conciliation (Reschedule Conciliation−COVID**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James T. West** | : | Case No. 18−20356−CMB |
| **Marcelle E. West** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this **The 1st of April, 2020**, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 04/09/2020 at 2:30 p.m. is **RESCHEDULED** to *6/25/20 at 01:00 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*

Dated: April 1, 2020

cm: Debtor
    Debtor's Counsel
    Trustee

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James T. West
Marcelle E. West
       Debtors

Case No. 18-20356-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: Apr 01, 2020
                          Form ID: RSCcon3        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.
db/jdb       +James T. West,   Marcelle E. West,   2504 Laketon Road,   Pittsburgh, PA 15235-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:
           James Warmbrodt    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed Pass-Through
            Certificated, Series 2004-WWF1 U. S. Bank National Association, as Trustee, successor in
            interest to Wachovia Bank, N.A., as Trustee bkgroup@kmllawgroup.com
           Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
            cnoroski@grblaw.com
           Jennifer L. Cerce    on behalf of Creditor    Borough of Wilkinsburg jlc@mbm-law.net
           Jerome B. Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee, et al
            pawb@fedphe.com
           Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
            jodi.hause@phelanhallinan.com,    pawb@fedphe.com
           Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
            jbluemle@bernsteinlaw.com
           Michael S. Geisler    on behalf of Joint Debtor Marcelle E. West m.s.geisler@att.net,
            msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
           Michael S. Geisler    on behalf of Debtor James T. West m.s.geisler@att.net,
            msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                                           TOTAL: 11