# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** JAMES T. & MARCELLE E. WEST
**Case Number:** 18-20356-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 25, 2020 01:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#16 - Chapter 13 Plan Dated 02/25/2018 (NFC)
**R / M #:** 16 / 0

## *Appearances:*

Debtor: Geisler
Trustee: **Winnecour** / Pail / Katz / DeSimone
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10-8-20 at 10:00 A.M.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
6/30/20 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/17/2020    11:15:26AM