# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |
|---|---|---|
| **Debtor:** | JAMES T. & MARCELLE E. WEST | |
| **Case Number:** | 18-20356-CMB | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 08, 2020 10:00 AM  3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
10/9/20 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#16 Chapter 13 PLan Dated 02/25/2018 (NFC)
R / M #:  16 / 0

### *Appearances:*

Geisler

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: _10-28-20_ at _10:00_.
10. _____ Other:

Contested due to lack of progress on loss mit. Case has been continued
5 times and success depends on loss mit.

10/2/2020  10:17:48AM