# PROCEEDING MEMO

**Date: 10/28/2020 10:00 am**

**In re:**  James T. West
Marcelle E. West

**Bankruptcy No. 18-20356-CMB**
**Chapter: 13**
**Doc. # 16**

**Appearances:** BY PHONE: Owen Katz
Michael S. Geisler

**Nature of Proceeding:** #16 CONTESTED Hearing Re: Chapter 13 Plan Dated 02/25/2018

**Additional Pleadings:** #16 Chapter 13 Plan Dated 02/25/2018
#34 Interim Order Confirming Plan Dated 04/02/2018
#67 Conciliation Conference Minutes Dated 10/08/2020

**Judge's Notes:**
- Geisler: no defense to dismissal.
- Case cannot progress; not feasible.
OUTCOME: Case dismissed without prejudice.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/28/20 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA