Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James T. West** | : | Case No. 18−20356−CMB |
| **Marcelle E. West** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this **The 28th of October, 2020,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James T. West  
Marcelle E. West  
    Debtor(s)

Case No. 18-20356-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: gamr | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 309 | Total Noticed: 32 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James T. West, Marcelle E. West, 2504 Laketon Road, Pittsburgh, PA 15235-2764 |
| cr | + | Borough of Wilkinsburg, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Park Place Securities, Inc., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14767298 | + | Borough of Wilkinsburg, 605 Ross Avenue, Pittsburgh, PA 15221-2198 |
| 14767301 | | CVCS, P.O. Box 164, Columbus, OH 43216 |
| 14780819 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 14794450 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14767302 | | Duquesne Light Company, c/o Allison L. Carr, Esquire, Bernstein-Burkley, P.C., Pittsburgh, PA 15219-1900 |
| 14767303 | + | Forbes Regional Hospital, 2566 Haymaker Road, Monroeville, PA 15146-3517 |
| 14767304 | | Francis S. Hallinan, Esquire, Phelan Hallinan, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14767306 | + | NY State Higher Educ. Svcs. Corp., 99 Washington Ave., Albany, NY 12255-0002 |
| 14767305 | | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP, 7 Entin Road, Parsipanny, NJ 07054-5020 |
| 14767307 | + | Peoples Natural Gas Company, LLC, 375 N. Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14793110 | + | Peoples Natural Gas Company, LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15017663 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14789595 | | U.S. Bank National Association, as Trustee ET. AL., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 14781945 | + | Wilkinsburg Borough, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14767308 | + | Wilkinsburg School District, c/o Maiello Brungo & Maiello, Foxpointe II, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14767309 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: ATLASACQU.COM | Oct 29 2020 02:23:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 29 2020 02:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14767297 | | EDI: WFFC.COM | Oct 29 2020 02:23:00 | America's Servicing Company, P.O. Box 10388, Des Moines, IA 50306-0388 |
| 14790839 | + | EDI: ATLASACQU.COM | Oct 29 2020 02:23:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| 14767299 | + | EDI: COMCASTCBLCENT | Oct 29 2020 02:23:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 14767300 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 29 2020 02:38:00 | Consumer Portfolio Services, Inc, PO Box 57071, Irvine, CA 92619-7071 |

| | | | | |
|---|---|---|---|---|
| 14972077 | | EDI: JEFFERSONCAP.COM | Oct 29 2020 02:23:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14808379 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2020 02:07:53 | PYOD, LLC its successors and assigns as assignee, of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14781942 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2020 02:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14780820 | | EDI: Q3G.COM | Oct 29 2020 02:23:00 | Quantum3 Group, LLC as agent for, Sadino Funding, LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14802597 | | EDI: AIS.COM | Oct 29 2020 02:23:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Park Place Securities, Inc., Asset-Backed Pass-Thr |
| cr | | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL. |
| cr | | U.S. Bank National Association, As Trustee, et al |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14807261 | *+ | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| jdb | *+ | Marcelle E. West, 2504 Laketon Road, Pittsburgh, PA 15235-2764 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020            Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Park Place Securities  Inc., Asset-Backed Pass-Through Certificated, Series 2004-WWF1 U. S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Borough of Wilkinsburg jlc@mbm-law.net |

| District/off: 0315-2 | User: gamr | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 309 | Total Noticed: 32 |

Jerome B. Blank
    on behalf of Creditor U.S. Bank National Association  As Trustee, et al pawb@fedphe.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Michael S. Geisler
    on behalf of Joint Debtor Marcelle E. West m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Debtor James T. West m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. thomas.song@phelanhallinan.com

TOTAL: 11