**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES T. WEST<br>MARCELLE E. WEST<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>   Movant<br>  vs.<br>No Respondents. | Case No.:18-20356<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1.  The case was filed on 01/31/2018 and confirmed on 04/02/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,400.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,400.00 |
| | | |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 2,712.38 | |
|  Trustee Fee | 1,574.40 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,286.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|  SPECIALIZED LOAN SERVICING LLC*<br>  Acct: 3551 | 0.00 | 27,803.22 | 0.00 | 27,803.22 |
|  SPECIALIZED LOAN SERVICING LLC*<br>  Acct: 3551 | 44,381.37 | 0.00 | 0.00 | 0.00 |
|  WILKINSBURG BOROUGH (TRASH)<br>  Acct: 6L62 | 3,959.46 | 0.00 | 0.00 | 0.00 |
|  WILKINSBURG BOROUGH (RE)<br>  Acct: 6L62 | 798.00 | 0.00 | 0.00 | 0.00 |
|  COUNTY OF ALLEGHENY (R/E TAX)*<br>  Acct: G189 | 0.00 | 0.00 | 0.00 | 0.00 |
|  WILKINSBURG BOROUGH (RE)<br>  Acct: 6L62 | 582.29 | 0.00 | 0.00 | 0.00 |
|  COUNTY OF ALLEGHENY (R/E TAX)*<br>  Acct: 6L62 | 0.00 | 0.00 | 0.00 | 0.00 |
|  JEFFERSON CAPITAL SYSTEMS LLC*<br>  Acct: 1548 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 27,803.22 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES T. WEST<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 2,712.38 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 3194 | 521.91 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX6CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| COMCAST++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CVCS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 5141 | 731.28 | 0.00 | 0.00 | 0.00 |
| FORBES REGIONAL HOSPITAL++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NEW CENTURY FINANCIAL SERVICES INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NYS HIGHER EDUCATION SERVICE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 0045 | 9,298.74 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SADINO F<br>Acct: 8770 | 196.00 | 0.00 | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILKINSBURG-PENN JT WATER AUTH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 1548 | 8,457.10 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 3194 | 121.01 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 241.42 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 4412 | 1,524.39 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE<br>Acct: 8630 | 462.25 | 0.00 | 0.00 | 0.00 |
| PYOD LLC - ASSIGNEE<br>Acct: 7943 | 783.13 | 0.00 | 0.00 | 0.00 |
| ALLISON L CARR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JENNIFER L CERCE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANCIS HALLINAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMAS SONG ESQ FOR JODI L HAUSE E<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 28,113.22 |
| TOTAL CLAIMED | | |
| PRIORITY | 831.91 | |
| SECURED | 49,721.12 | |
| UNSECURED | 21.815.32 | |

Date: 12/09/2020

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com